District Clerk
United States District Court      2:23-CV-77
Northern District of Texas
205 S.E. 5th Ave Room 133
Amarillo, TX 79101

July 12, 2024

JUL 23 2024 AM 9:21
FILED - USDC - NDTX - AM

Dear Sir/Madam,

I am inclosing the grievences I wrote concerning the indigent supplies I was denied in which delayed my response causing you not to have my complete reply in time for the court when it made its ruling. Please notice the response, I am now getting the requested supplies. I still would like this court to know about what has already been done. Thank you for the assistance in these matters.

Matthew Flowers
Pro se TDCJ #2371638
Wynne Unit
810 FM 2821 West
Huntsville, TX 77349.



# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2024102976
Date Received: MAY 15 2024
Date Due: 6-24-24
Grievance Code: 701
Investigator ID #: I2718
Extension Date: ___
Date Retd to Offender: MAY 21 2024

Offender Name: Matthew Flowers   TDCJ #: 2371638
Unit: Wynne   Housing Assignment: A4-21 †
Unit where incident occurred: Wynne

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Indigent supply officer   When? 5/10/24
What was their response? Denial of requested supplies
What action was taken? Resubmission and request for supplies on 5/13/24

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On April 15 2024 Magistrate Judge Lee Ann Reno entered her FCR for disposal of #2254 Appeal Matthew Lee Flowers v. Bobby Lumpkin #2:23-CV-0007-Z-BR. If a person does not object to FCR they are not entitled to a De Novo trial. Because if you don't object in writing it is the same as excepting the FCR as true. I didn't receive this until May 1 2024. This can be proven because this has been my only legal mail since before that date. The count room had to issue a lay in. I requested supplies on May 10 2024 citing ATC 034-02 and explaining my situation. I was denied on May 13 2024. I again requested the needed supplies. May 14 2024 is 14 days past date recieved FCR. (Deadline for response was stipulated to be April 29 2024. However I didn't recieve it until May 1 2024. I am referring to the mailbox rule for new deadline). Because I was denied supplies I had to refurbish old cover letters from the courts and sell my food to pay for envelopes and postage. Please note the piece of paper used for this original step-one was also a refurbished cover letter from the courts. I interpret the second request as a form of resolution which was not responded to in time for deadline. I have informed the court to the extent of this situation and have resubmitted the denial forms as evidence. I am also grieved because of the lack of needed forms such as this step-one. By not providing the nessisary form I see it as a diliberate act to diswade offenders to make atemps to fix these situations. Not everyone will for whatever reason whether confidence or laziness do as I have done. I hope this is adiquit for lack of legal form. - Please note that the original step-one was submitted on the morning of May 14 2024. It was returned with a blank official step-one later

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix F

that same day, I rewrote it that evening and resubmitted into the drop box in the early morning hours on May 15 2024. Please note the original step-one has been submitted with this new one.

**Action Requested to resolve your Complaint.**
Not sure what to expect to accomplish, Only see the need to be able to produce a record to the court if need be.

Offender Signature: Matthew T. Clark    Date: May 15 2024

**Grievance Response:**

This office has investigated your grievance. After reviewing the statement provided by the Law Library it was determined that you did receive indigent supplies on 5/14/24. No further action is required by this office and we will consider this Step 1 grievance closed at this time.

         Warden Garcia

Signature Authority: _____[signature]_____    Date: 5-20-24

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

| OFFICE USE ONLY |
| --- |
| Initial Submission     UGI Initials:_____ |
| Grievance #:_____ |
| Screening Criteria Used:_____ |
| Date Recd from Offender:_____ |
| Date Returned to Offender:_____ |
| 2nd Submission     UGI Initials:_____ |
| Grievance #:_____ |
| Screening Criteria Used:_____ |
| Date Recd from Offender:_____ |
| Date Returned to Offender:_____ |
| 3rd Submission     UGI Initials:_____ |
| Grievance #:_____ |
| Screening Criteria Used:_____ |
| Date Recd from Offender:_____ |
| Date Returned to Offender:_____ |

I-127 Back (Revised 11-2010)                    Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance #: 2024102976 |
| UGI Recd Date: MAY 22 2024 |
| HQ Recd Date: JUN 03 2024 |
| Date Due: 7-1-24 |
| Grievance Code: 701 / 10720 |
| Investigator ID#: _____ |
| Extension Date: _____ |

Offender Name: Matthew Lee Flowers   TDCJ # 2371638
Unit: Wynne   Housing Assignment: A4-2-11 T
Unit where incident occurred: Wynne

*You must attach the completed Step 1 Grievance that [is] signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that [is] returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Warden Garcia is correct that I recieved requested supplies on 5/14/24. On the evening of 5/14/24. Had I waited till I recieved the late requested supplies to fill out response to the court, it would of went in the mailbox at the earliest 5/15/24 outside the courts deadline. It doesn't change the fact that due to the lack of cooperation I had to referbish old cover letters for paper and sell my food for postage so my mail went into the mailbox by the deadline. The District Clerk will have my response" 2nd Sublimented objections to the Findings, conclusion and Recomendations" with the cover pages on the back of them as proof. Also I assume that mail is recorded so there would be a record of when letters from me to the District Court Clerk and the Assistant Attorney General would of been mailed out showing 5/14/24, the same day I recieved the supplies that was requested on 5/13/24. Had I recieved the requested supplies when requested all this would not have been nessicary.

---

I-128 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

_____
_____
_____
_____
_____

**Offender Signature:** *Matthew Filer*  **Date:** 5/21/24
_____

**Grievance Response:**

Step 1 grievance has addressed your complaint. On 05/07/24 you were issued indigent supplies for legal. On 05/08/24 your legal correspondence was returned back to you as the address you provided was not verifiable. On 05/09/24, you requested indigent supplies for legal and none were issued to you because you had not exhausted previously issued supplies on 05/07/24 in accordance to AD-14.09. On 05/14/24, 05/29/24, 06/04/24, and on 06/11/24 you were issued indigent legal supplies and in good faith even though the issuance of such supplies have not been exhausted as stated in AD-14.09. Records reflect that the Law Library staff continues to process your I-302s for legal. No further action is warranted.

H. Leon, Manager II
Access to Courts, Counsel and Public Officials

**Signature Authority** *[signature]*    **Date:** 6/27/24

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**        CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened  ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**        CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened  ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**        CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened  ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                    Appendix G



HOUSTON TX RPDC 773

17 JUL 2024 PM 3 L

Matthew Flowers #2371638
Wynne Unit
810 FM 2821 West
Huntsville TX 77349

District Clerk
United States District Court
Northern District of Texas
205 S.E. 5th Ave Room 133
Amarillo, TX 79101

79101-151510



RECEIVED
JUL 23 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION